**FILED**

JAN 3 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT    **E-filing**
Northern DISTRICT OF CALIFORNIA

**JW**

Jimmie Stephen

PRISONER/PLAINTIFF,

v.

Dr "Hoxie"
Et Al    DEFENDANT(S).

CASE NUMBER

**CV 08    0744**

REQUEST TO PROCEED WITHOUT
PREPAYMENT OF FILING FEES WITH
DECLARATION IN SUPPORT

**(PR)**

I, ___Jimmie Stephen___, declare under penalty of perjury, that the following is true and correct; that I am the prisoner-plaintiff in the above entitled case; that in support of my request to proceed without prepayment of fees under 28 U.S.C. Section 1915, I declare that because of my poverty I am unable to pay the full costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1.  Are you presently employed in prison? ☐Yes ☒No

    a.  If the answer is yes, state the number of hours you work per week and the hourly rate of pay:

    _____

    _____

    b.  State the place of your incarceration ___CMC- P.O. Box 8101- San Luis Obispo CALIF___.
    Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2.  Have you received, *within the past twelve months*, any money from any of the following sources?
    a.  Business, profession or form of self-employment?    ☐Yes ☒No
    b.  Rent payments, interest or dividends?    ☐Yes ☒No
    c.  Pensions, annuities or life insurance payments?    ☐Yes ☒No
    d.  Gifts or inheritances?    ☐Yes ☒No
    e.  Any other income (other than listed above)?    ☐Yes ☒No
    f.  Loans?    ☐Yes ☒No

    If the answer to any of the above is yes, describe such source of money and state the amount received from each

    source during the past twelve (12) months: _____

    _____

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐ Yes ☒ No

   If the answer is yes, identify each account and separately state the amount of money held in each account for each of the *six (6) months prior* to the date of this declaration.

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

   If the answer is yes, describe the property and state it approximate value: _____

   _____

5. In what year did you last file an Income Tax Return? ___1973_____
   Approximately how much income did your last tax return reflect? ___N/A_____

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support: ___None___

   _____

   _____

   I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

   __California__                                    __San Luis Obispo__
          State                                          County (or City)

   I, __Jimmie Stephen_____, declare under penalty of perjury that the foregoing is true and correct.

   __1-23-08_____                        __Jimmie Stephen_____
          Date                                       Prisoner/Plaintiff (Signature)

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA MENS COLONY
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: DEC. 03, 2007 THRU JAN. 02, 2008

ACCOUNT NUMBER : CS6483                    BED/CELL NUMBER: EFAQB1F100001149X
ACCOUNT NAME   : STEPHEN, JIMMIE EARL        ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 04/17/2007 | H106 | UNITED PARCEL SERVICE HOLD | 1498/501 | 3.07 |
| 12/18/2007 | H114 | COPAY FEE, MED. | 2723 | 5.00 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 8.07 | 0.00 |

|  |
|---|
| CURRENT AVAILABLE BALANCE |
| 8.07- |

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA MENS COLONY
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUN. 01, 2007 THRU DEC. 17, 2007

ACCOUNT NUMBER : C56483
ACCOUNT NAME   : STEPHEN, JIMMIE EARL
PRIVILEGE GROUP: B

BED/CELL NUMBER: EFAQB1F100001149X
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 04/17/2007 | H106 | UNITED PARCEL SERVICE HOLD | 4498/501 | 3.07 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 3.07 | 0.00 |

CURRENT
AVAILABLE
BALANCE
----------------
3.07-

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 12-17-2007
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Karen Mock Acct Tech.
TRUST OFFICE