U.S.D.C.
Northern
San Francisco, Calif

Please send copy or case
number of Stephen J Hoxie

if received..

Bounds v Smith 430, US, 812 (1977)

Thank you
True Defense friend or enemy

Jim Stark

2-5-08

JIMMIE STEPHEN C56483
A-1149
P.O. Box 8101
San Luis Obispo, California
93409-8101

CALIFORNIA MEN'S COLONY
STATE PRISON
SAN LUIS OBISPO CA 93409

02 1M  $ 00.41⁰
0004247478  FEB 08 2008
MAILED FROM ZIP CODE 93401

LEGAL

United States Dist
450 Golden Gate
San Francisco, CA

9410283661 C004