Original 1 of 3 pgs

JIMMIE STEPHEN
#C-56483 / A-1149
PO BOX 8101
SAN LUIS OBISPO, CA 93409-0001

FILED
MAR - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Court of United States Dist.
State of California - Northern

CASE # CV-08-0744-JW-(PR)

JIMMIE Stephen
  Plaintiff

v.

DR "Hoxie"
et al Defendants

"Supplement" to "Complaint"
as to Defendant "Named"
Sgt "M.A. Sanchez", and
"FRCP #15. P. Kelly"
("List of Parties")
GUEZZ

Plaintiff hereby request to "Supplement" under "FRCP #15" as to "Sgt M.A. Sanchez" erroneous "not" listed as a "Defendant" in "List of Parties" but named in complaint as to "Injuries" upon arrival of 3-27-07.. as upon "Grievance" willfully denied this Court stating "Plaintiff received appliance from vendor" in which is a "Willful deceiving this Court".. No prejudice to Defendants.. in CV-08-0744-JW.. as to "Paul Kelly" corrections.
"BIGGS v TERHUNE 334.F3D.910 (9th 2004) Due Process
date 2-4-08 TRUE demand fraud on deceiving   Jim Steph.

(next page)

"PAST Correction"

On or about 1-25-08 Plaintiff did by written motion and request "Correction" as to "List of Parties Defendant" from "Paul Walker" to "Paul Kelly"..

Hopefully wont interfere on Right to one Amendment under FRCP #15 Before Service...

"Bonds v Smith" 430 U.S. 817 (1977)
That dismissed fraud or default

Date 2-4-08                                          Dan Asher

2

