*Original 1 of 2 pages*

Mr. Jimmie Stephen
C-56483
P.O. Box 8101
San Luis Obispo, CA 93409

FILED
APR - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Court of U.S. District
State of California - Northern

1. CASE # C 08-0744-JW (PR)
2. C-07-6379-JW (PR)
3. C-08-0957-JW (PR)

Jimmie Stephen
        Plaintiff

v.

Dr. "Hoyie"
R. "Hernandez"
G. "Beard"
et al Defendants
Director "Tilton"...

Plaintiff Request for "Preliminary" "Injunction"... Fed # 65.
A.. "Injunctive Relief" "TRO".
B.. "Special Master"...
"Immediate and Imminent" "threat" to "Rights" ongoing..

Plaintiff Timmie Stephen hereby request for forthwith "Injunctive Relief" based upon aforementioned "3 Civil Rights Cases" under "42 USC 1983"..

Based upon "Continued" deprivation of Constitutional Rights under 1st, 5th, 8th & 14th. as "Transfer" of 3-27-07 to "CMC" from "R.T. Donovan" whereas "Retaliation" began and Continued since Arrival of 3-27-07 to CMC whereas began 9-16-03 at R.T. Donovan..

"Williams v Lane" 851. f.2d 867. 83-84 (7th 1988)..

"Immediate & Imminent"
"Threats" to "Constitutional"
Rights ongoing...

"CDCR" under Director "Tilton" has a Practice, Custom, Pattern) of ongoing "Retaliation" against Plaintiff Stedtler for exercising 1st Amendment Rights of "Access to Court"... as stated in the "3" Civil Rights Complaints before Judge "WARE" USDC-Northern...

An "Imminent" and "Immediate" threat exist as to Plaintiff whereas Poses "Serious" and "Imminent" "Danger" by "acts" in) complaints "threats" to "Victim Stedtler" under "CDCR Employees"

"Unconstitutional Acts"

In "Stedtler v Hoxie" CV-08-0957-JW Rights Denied, Deprived...
A.. "Serious Dental, Medical" since Arrival CMC of 3-27-07, ongoing..
B.. "Retaliation" of 6-30-07 confiscating, Destroying Black Civil Rights Documents without Due Process...
C.. "Confiscating" Appliances of 3-27-07 based upon "Overcrowding" Posing "Health, Safety, and Security" Issues.. "Ongoing"..
"Pratt v Rowland" 769. F. Supp. 1128 (ND Cal 1991)..

Request: for "Granting" "Preliminary Injunction" "Temporary"
Restraining Order..
True hereunder fraud or perjury
Date 4-1-08                            /s/ Jim Stedtler

# APPENDIX 4

# CITING YOUR SOURCES OF INFORMATION

CALIFORNIA MEN'S COLONY STATE PRISON
P.O. BOX 8101
SAN LUIS OBISPO, CA 93409-8101

Name: JIMMIE Stephen

CDCR #: C56483  Cell #: A-1149

**STATE PRISON**
**GENERATED MAIL**

FSP41-0077-1

CALIFORNIA MEN'S COLONY
STATE PRISON
SAN LUIS OBISPO CA 93409

02 1M  $00.41⁰
0004247478   APR 02 2008
MAILED FROM ZIP CODE 93401

United States District Court-N
450 Golden Gate Av
San Francisco, California 94

FILED
APR - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

94102$3661