IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE EARL STEPHEN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DR. HOXIE, et al.,<br><br>　　　　Defendant(s). | No. C 08-00744 JW (PR)<br><br>ORDER OF TRANSFER<br><br><br><br>(Docket Nos. 2, 5, 6 & 7) |

Plaintiff, an inmate currently incarcerated at the California Men's Colony ("CMC") State Prison in San Luis Obispo, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983, alleging that his constitutional rights were violated at CMC by CMC officials.

Venue may be raised by the court *sua sponte* where the defendant has not filed a responsive pleading and the time for doing so has not run. See Costlow v. Weeks, 790 F.2d 1486, 1488 (9th Cir. 1986). When jurisdiction is not founded solely on diversity, venue is proper in (1) the district in which any defendant resides, if all of the defendants reside in the same state; (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated; or (3) a judicial district in

Order of Transfer
G:\PRO-SE\SJ.JW\CR.08\Stephen00744_transfer.wpd

1  which any defendant may be found, if there is no district in which the action may
2  otherwise be brought.  See 28 U.S.C. § 1391(b).  When venue is improper, the
3  district court has the discretion to either dismiss the case or transfer it "in the interest
4  of justice."  See 28 U.S.C. § 1406(a).

5        It is clear from the instant complaint and the attachments thereto that a
6  substantial part of the events or omissions giving rise to plaintiff's claims arise out
7  of actions alleged to have been committed at CMC by CMC officials.  CMC is
8  located in San Luis Obispo, California.  San Luis Obispo is located within the venue
9  of the Western Division of the Central District of California.  See 28 U.S.C. §
10 84(c)(2).  As a result, venue is proper in the Central District of California, not in the
11 Northern District.  For the foregoing reasons, plaintiff's motion to stay transfer of
12 venue (Docket No. 5) is DENIED.

13       Accordingly, in the interest of justice, the above-titled action is hereby
14 TRANSFERRED to the United States District Court for the Central District of
15 California, the Western Division.  In light of the transfer, this Court will defer to the
16 Central District with respect to plaintiff's motions for leave to proceed in forma
17 pauperis (Docket Nos. 2 and 6), and motion for leave to file supplemental complaint
18 (Docket No. 7).  The clerk shall terminate as moot Docket Nos. 2, 6 and 7 from this
19 Court's docket.

20       The clerk shall transfer this matter and close the file.

22 DATED: April 7, 2008

JAMES WARE
United States District Judge

Order of Transfer
G:\PRO-SE\SJ.JW\CR.08\Stephen00744_transfer.wpd     2

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JIMMIE STEPHEN,

        Plaintiff,

  v.

DR HOXIE, et al.,

        Defendants.

Case Number: CV08-00744 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____4/10/2008_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jimmie Earl Stephen C56483
California Men's Colony State Prison
P. O. Box 8101 - A-1149
San Luis Obispo, Ca 93409-8101

Dated: 4/10/2008

        Richard W. Wieking, Clerk
  /s/  By: Elizabeth Garcia, Deputy Clerk